**JONES HELSLEY, PC**
8365 North Fresno Street, Third Floor, #310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Michael S. Helsley #199103
Tracie L. Goodwin #250119

Attorneys for: Defendant Sunnyside Investments, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>KULWINDER SRA aka KULINDER SANDHU dba SUNNYSIDE FOOD & LIQUOR; and SUNNYSIDE INVESTMENTS, INC.,<br><br>Defendants. | Case No. 1:10-CV-00264-AWI/DLB<br><br>**ORDER**<br>**GRANTING JOINT APPLICATION TO CONTINUE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

Good cause appearing, IT IS HEREBY ORDERED that Defendants have to and including June 4, 2010 to serve and file their responses to the Complaint, and that the Mandatory Scheduling Conference be continued to July 15, 2010, at 9:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __May 7, 2010__           /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

{6092/008/00250219.DOC}

1

**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO CONTINUE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE**