1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KULWINDER SRA aka KULINDER SANDHU dba SUNNYSIDE FOOD & LIQUOR; and SUNNYSIDE INVESTMENTS, INC.,<br><br>　　　　Defendants. | No. 1:10-CV-00264-AWI-DLB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON CLOSING CASE**<br><br>Assigned to U.S. Magistrate Judge ANTHONY W. ISHII<br><br>Complaint Filed February 17, 2010 |

　　　Plaintiff Natividad Gutierrez, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendant Sunnyside Investments, Inc., through their attorney, Michael Henley, Jones Helsley PC, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: August 13, 2010　　　　　　　/s/Tanya Moore
　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Gutierrez v. Sunnyside Investments, Inc., et al,*

Stipulation for Dismissal

Page 1

Date: August 13, 2010                    JONES HELSLEY PC

/s/ Michael Helsley
Michael Helsley, Esq.
Attorney for Defendant
Sunnyside Investments, Inc.

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   August 13, 2010                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

*Gutierrez v. Sunnyside Investments, Inc., et al,*

Stipulation for Dismissal

Page 2